IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOSEPH ELTON SHAVER**                                                                        **PLAINTIFF**

**VS.**                                    **4:13-CV-00730-BRW-JTR**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                           **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Tom Ray. No objections have been filed and the time for doing so has passed. After careful consideration, the Court concludes that the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Plaintiff's complaint against Defendant is DISMISSED with prejudice.

IT IS SO ORDERED this 4th day of November, 2014.

                                                   /s/ Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE